

**IN THE**
**TENTH COURT OF APPEALS**

 

**No. 10-12-00008-CR**

**IN RE DAYRIN L. ROBINSON**

 

**Original Proceeding**

 

**MEMORANDUM  OPINION**

 

The "petition for assembly," which we construe to be an original proceeding for post-conviction habeas corpus relief,[1] is dismissed for lack of jurisdiction.[2]  *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004); *Ex parte Martinez,* 175 S.W.3d 510, 512-13 (Tex. App.—Texarkana 2005, orig. proceeding) (intermediate court of appeals has no jurisdiction over post-conviction writs of habeas corpus in felony cases); *see also* TEX. CODE CRIM. PROC. ANN. art. 55.02, §§ 1, 1a(a) (West Supp. 2011) (providing for filing of

---

[1] The petition appears to seek DNA testing pertaining to Robinson's father and expunction of Robinson's criminal proceedings, all to show Robinson's "actual innocence" and, presumably, to result in his release from imprisonment.

[2] The petition has numerous procedural deficiencies.  It lacks all of the requirements of Rule of Appellate Procedure 52.3.  *See* TEX. R. APP. P. 52.3.  It lacks a record.  *See id.* 52.3(k), 52.7(a).  It lacks proof of service on the Respondent(s) and the Real-Party-in-Interest.  *See id.* 9.1, 9.5, 52.2.  Because of our disposition and to expedite it, we will implement Rule 2 and suspend these rules.  *Id.* 2.

expunction petition in district court); *id.* art. 64.01(a-1) (West Supp. 2011) (providing for filing of motion for DNA testing in convicting court); TEX. FAM. CODE ANN. § 160.601 (West Supp. 2011) (providing for filing of civil proceeding to adjudicate parentage under rules of civil procedure).

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Judge Ralph Strother[3]
Petition dismissed
Opinion delivered and filed February 1, 2012
Do not publish
[OT06]

---

[3] The Honorable Ralph Strother, Judge of the 19th District Court, sitting by assignment of the Chief Justice of the Supreme Court of Texas pursuant to section 74.003(a) of the Government Code. *See* TEX. GOV'T CODE ANN. § 74.003(a) (West 2005).